UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES CITIZEN AND<br>IMMIGRATION SERVICES,<br><br>    Defendant. | Civil Action No. 22-3792 (JDB) |

### ORDER

Defendant has now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to FOIA actions. See Local Civil Rule 16.3(b)(10). The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion. Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than February 24, 2023, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

/s/
JOHN D. BATES
United States District Judge

Dated: January 31, 2023