UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-3792 (JDB) |

**THE PARTIES JOINT STATUS REPORT**

Pursuant to the Court's January 31, 2023, Initial Scheduling Order, the parties, by counsel, respectfully submit this joint status report:

Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking documentation and information relating to USCIS' policy for expediting certain projects or new commercial enterprises and to obtain more information about USCIS' Immigrant Investor Program Office's (IPO) decision to award a project-wide Form I-526 expedite to the new commercial enterprise Odlum Equestrian Lenders, LLC (also known as the "Tryon Equestrian Project"). ECF No. 1.

Because the searches for records will be accomplished in the next 2 weeks, the parties request that they file another joint status report on Monday, March 13, 2023, to report more substantively on the progress of the search and to reveal a more definite production schedule. The parties will submit another joint status report on or before March 13, 2023.

A proposed order accompanies this Joint Status Report.

Dated: February 23, 2023
Washington, DC

                                        Respectfully submitted,

*s/ Matthew Tony Galati*                    MATTHEW M. GRAVES, D.C. Bar #481052
MATTHEW TONY GALATI              United States Attorney
The Galati Law Firm
8080 Old York Rd.                            BRIAN P. HUDAK
Suite 225                                        Chief, Civil Division
Elkins Park, PA 19027
Telephone: (215) 309-1728            */s/ Heather Graham-Oliver*
E-mail: matt@galati.law               HEATHER GRAHAM-OLIVER
D.D.C. Bar No. PA0093               Assistant United States Attorney
                                         601 D Street, NW
*Counsel for Plaintiff*                     Washington, DC 20530
                                         (202) 252-2520
                                         heather.graham-oliver@usdoj.gov

                                         *Attorneys for Defendant*