UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 22-3792 (JDB)

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, the Parties will submit a joint status report on or before March 13, 2023.

IT IS SO ORDERED.

DATE: _____

_____
United States District Judge