UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES CITIZENSHIP AND  )<br>IMMIGRATION SERVICES,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 22-3792 (JDB) |

**THE PARTIES JOINT STATUS REPORT**

Pursuant to the Court's February 24, 2023, Minute Order, the parties, by counsel, respectfully submit this joint status report:

Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking documentation and information relating to USCIS' policy for expediting certain projects or new commercial enterprises and to obtain more information about USCIS' Immigrant Investor Program Office's (IPO) decision to award a project-wide Form I-526 expedite to the new commercial enterprise Odlum Equestrian Lenders, LLC (also known as the "Tryon Equestrian Project"). ECF No. 1.

Defendant states that its search for the requested records is complete, and that USCIS is now identifying the total page count and believes it will have its first production to the Plaintiff by the end of the month, March 31, 2023. Plaintiff, however, requests a page count and a production schedule before stipulating to a longer extension of proceedings in this matter. Because Defendant states that it does not have the information to provide a page count or

production volume at this time, the parties jointly propose to file a third Joint Status Report on or before March 20, 2023. The parties reserve their respective claims and defenses in this matter.

A proposed order accompanies this Joint Status Report

Dated: March 13, 2023
Washington, DC

Respectfully submitted,

*s/ Matthew Tony Galati*
MATTHEW TONY GALATI
The Galati Law Firm
8080 Old York Rd.
Suite 225
Elkins Park, PA 19027
Telephone: (215) 309-1728
E-mail: matt@galati.law
D.D.C. Bar No. PA0093

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-3792 (JDB)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, the Parties will submit a joint status report on or before March 20, 2023.

IT IS SO ORDERED.

DATE: _____                          _____

United States District Judge