UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-3792 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 14, 2023, Minute Order, the parties, by and through counsel, respectfully submit this joint status report:

Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking documentation and information relating to USCIS' policy for expediting certain projects or new commercial enterprises and to obtain more information about USCIS' Immigrant Investor Program Office's ("IPO") decision to award a project-wide Form I-526 expedite to the new commercial enterprise Odlum Equestrian Lenders, LLC (also known as the "Tryon Equestrian Project"). ECF No. 1.

Defendant's search for the requested records is complete. The new search produced 1,219 pages of potentially responsive records. Approximately 400 pages of records were pulled over from the prior case referred to in the Complaint as COW2022005359, which was broader than the current request, but which was also reviewed for responsiveness. Those 400 pages include the prior release of 238 pages under COW2022005359. USCIS will have its first production to the Plaintiff by the end of the month, March 31, 2023. Thereafter USCIS will process 500 pages a

month to complete the rest of the productions.  The productions will be sent to Plaintiff by the last day of each month.  At the conclusion of the productions the parties will meet and confer to discuss if there are any remaining issues in this case.  The parties reserve their respective claims and defenses in this matter.  The parties will file the next status report on April 28, 2023.

    A proposed order accompanies this Joint Status Report.

Dated: March 20, 2023
       Washington, DC

                              Respectfully submitted,

| | |
|---|---|
| *s/ Matthew Tony Galati* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| MATTHEW TONY GALATI | United States Attorney |
| The Galati Law Firm | |
| 8080 Old York Rd. | BRIAN P. HUDAK |
| Suite 225 | Chief, Civil Division |
| Elkins Park, PA 19027 | |
| Telephone: (215) 309-1728 | */s/ Patricia McBride* |
| E-mail: matt@galati.law | PATRICIA MCBRIDE |
| D.D.C. Bar No. PA0093 | HEATHER GRAHAM-OLIVER |
| | Assistant United States Attorneys |
| *Counsel for Plaintiff* | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-7123 |
| | patricia.mcbride@usdoj.gov |
| | heather.graham-oliver@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE BLEACH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-3792 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, the Parties will submit a joint status report on or before April 28, 2023.

IT IS SO ORDERED.

DATE: _____                    _____
                                                                   United States District Judge